# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

—————

No. 08-1114

—————

United States of America,             *
                                     *

        Appellee,           *

                                     *   Appeal from the United States

       v.                     *   District Court for the

                                     *   Northern District of Iowa.

Jonathan Halvorsen,           *

                                     *   [UNPUBLISHED]

        Appellant.       *

—————

Submitted: December 30, 2008
Filed:  January 8, 2009

—————

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

—————

PER CURIAM.

Jonathan Halvorsen appeals the sentence the district court[1] imposed after revoking his supervised release.  Upon reviewing the record and counsel's brief, we conclude that Halvorsen's sentence is not unreasonable, see United States v. Tyson, 413 F.3d 824, 825 (8th Cir. 2005) (per curiam) (standard of review of revocation sentences), because it is within the statutory limits of 18 U.S.C. § 3583(b)(2) and (e)(3), and it resulted from the district court's consideration of appropriate factors under 18 U.S.C. § 3553(a), see United States v. Nelson, 453 F.3d 1004, 1006 (8th Cir.

---

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

2006) (appellate court reviews revocation sentence to determine whether it was unreasonable in relation to, inter alia, certain § 3553(a) factors).

Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____